# Exhibit "C"

# GORDON INVESTMENTS LIMITED

31, Evripidou Street, NBA SEA PARK 1st floor, Office 102
3031 Limassol Cyprus
(the "Company")

To: Mr. Rehan Chaudri

London, 04/02/2019

**OBJECT: Letter of Guarantee Prodea IP transaction**

The Company in its quality of holding company of Method Group hereby declare to guarantee the payment of USD 2,000,000 (two million) to Mr. Rehan Chaudri for its contribution of USD 2,000,000 (two million) made to Nashville Sarl in connection with the Prodea IP transaction.

Kind regards

Giuseppe Dessi'