# Exhibit "D"

## GUARANTEE

FOR GOOD CONSIDERATION, and as an inducement for Rehan Chaudri ("Creditor") to extend a Secured Convertible Note and related Agreements made effective January 9, 2019 in the original principal amount of $500,000 (the "Note") with Nashville S.a r.l.4, Rue du Fort Wallis, L-2714, Luxembourg, IBAN: LU81 0030 2822 9963 0000, Bank: BGL BNP PARIBAS Luxembourg, BIC: BGLLLULL ("Debtor").

It is hereby agreed that the undersigned, Giuseppe Dessi ("Guarantor"), personally does hereby guaranty to Creditor the prompt, punctual and full payment of all monies now or hereinafter due that is guaranteed by Creditor on behalf of Nashville S.a r.l.4, Rue du Fort Wallis, L-2714, Luxembourg, IBAN: LU81 0030 2822 9963 0000, Bank: BGL BNP PARIBAS Luxembourg, BIC: BGLLLULL on January 25, 2019.

The guaranty hereunder shall be unconditional and absolute and the undersigned waive all rights of subrogation until all sums under this guaranty are fully paid.

The guaranty shall be terminated upon full payment of the obligation which includes principle and all accrued interest, for which this guarantee is made.

Guarantor hereby waives and releases all defenses involving the marshalling of assets and similar doctrines. Guarantor hereby agrees that in the event of a default upon the Note by the Debtor, or the filing of a bankruptcy petition by or against the Debtor, Creditor may, at its sole election, proceed directly and at once, without notice, against Guarantor to collect and recover the full amount or any portion of Debtor's obligations, without first proceeding against Debtor, or any other person, firm or corporation, or against any security or collateral for Debtor's liabilities.

Each of the undersigned warrants and represents it has full authority to enter into this guaranty.

This guaranty shall be binding upon and inure to the benefit of the parties, their successors, assigns and personal representatives.

This guaranty shall be construed and enforced under the laws of the State of New York.

Signed this 9 day of January 2019.

_____
Giuseppe Dessi, Guarantor


_____
Rehan Chaudri, Creditor