**Exhibit "F"**

1/5/19, 11:43 AM - Messages to this chat and calls are now secured with end-to-end encryption. Tap for more info.
1/5/19, 11:43 AM - Rehan: test rehan giueseppe
1/5/19, 12:06 PM - Rehan: rehan@financier.com
1/5/19, 12:08 PM - Giuseppe Ha fr: Thanks. Best. Giuseppe
1/5/19, 12:18 PM - Rehan: You deleted this message
1/5/19, 12:18 PM - Rehan: my pleasure
1/7/19, 4:05 PM - Giuseppe Ha fr: Hi Rehan.  Some good news I like to share.   When is a good time to call later.  Thanks.  Best.  Giuseppe
1/7/19, 4:18 PM - Rehan: thank you, with the boss
1/7/19, 4:25 PM - Giuseppe Ha fr: Great.  Talk later.  Best
1/10/19, 7:48 AM - Rehan: dear Giuseppe, we spoke and texted re a bank letter of credit for me from you
1/10/19, 7:49 AM - Rehan: the letter seems like a personal guaruntee letter
1/10/19, 7:49 AM - Rehan: On all occaisions we spoke you said it would he a LOC, LOCs are issued by banks
1/10/19, 8:19 AM - Giuseppe Ha fr: Missed voice call
2/2/19, 8:30 AM - Rehan: Dear Giuseppe, hope all is well
2/2/19, 8:30 AM - Rehan: Did you get the email from yesterday ?
2/2/19, 11:45 AM - Rehan: Will call in 15 mins
2/3/19, 8:57 AM - Rehan: IMG-20190203-WA0000.jpg (file attached)
2/3/19, 8:57 AM - Rehan: Meriam and Amun my daughters
2/3/19, 8:57 AM - Rehan: IMG-20190203-WA0001.jpg (file attached)
2/3/19, 8:57 AM - Rehan: My son danial
2/3/19, 10:49 AM - Giuseppe Ha fr: Fantastic.  Thanks.  Have a great Sunday. Best.  Beppe
2/3/19, 11:00 AM - Rehan: You as well !
2/3/19, 5:03 PM - Rehan: Beat is available 1130 us et as he is in california
2/3/19, 6:19 PM - Giuseppe Ha fr: Perfect.  Thanks. Talk tomorrow. Best.   Beppe
2/3/19, 7:05 PM - Rehan: Join from PC, Mac, Linux, iOS or Android: https://zoom.us/j/2142781818

Or iPhone one-tap :
US: +16468769923,,2142781818# or +16699006833,,2142781818#
Or Telephone:
Dial(for higher quality, dial a number based on your current location):
US: +1 646 876 9923 or +1 669 900 6833
Meeting ID: 214 278 1818
International numbers available: https://zoom.us/u/jOJxb
2/3/19, 8:58 PM - Rehan: Sent email with dial number above for 1130am us et
2/4/19, 11:42 AM - Rehan: Dear Giuseppe, pls send the $2mm guaruntee from the parent co with $30mm capital we discussed
2/4/19, 11:42 AM - Rehan: If free spoke to friend, he can back you against it, no issue for him
2/4/19, 3:47 PM - Rehan: Wiring instructions sent
2/4/19, 3:57 PM - Rehan: Pls complete nashville as well so we can execute wimmer financials
2/4/19, 4:19 PM - Giuseppe Ha fr: I will. Thanks.  Best.   Beppe
2/4/19, 4:42 PM - Rehan: Thank you
2/5/19, 10:24 AM - Rehan: Hope well, Wire should have gone through

2/5/19, 10:24 AM - Rehan: Pls confirm receipt
2/5/19, 11:28 AM - Giuseppe Ha fr: Dear Rehan.   Fund has arrived 1 h ago and
tomorrow Fortress will be paid.  Great.  Thanks.  Beppe
2/5/19, 11:29 AM - Rehan: ☺
2/5/19, 11:29 AM - Rehan: Thank you
2/5/19, 11:29 AM - Giuseppe Ha fr: Call you later. Thanks
2/5/19, 11:29 AM - Rehan: Hows progress re share transfer ?
2/5/19, 11:29 AM - Rehan: Yes anytime
2/5/19, 1:37 PM - Rehan: Have a meeting in 45 mins for an hour until 345pm us et
2/5/19, 1:40 PM - Giuseppe Ha fr: Dear Rehan. Call you later.  Once back in london
2/5/19, 1:40 PM - Giuseppe Ha fr: Missed voice call
2/6/19, 7:48 AM - Rehan: Hope well, Available for your team most of the day today
2/14/19, 3:18 PM - Rehan: Dear Giuseppe, hope safe trip home
2/14/19, 3:19 PM - Rehan: Should we execute the nashville equity transfer ?
2/25/19, 8:37 AM - Rehan: Dear Giuseppe hope all is well
2/25/19, 8:37 AM - Rehan: Should we execute the nashville equity transfer ?
2/25/19, 8:47 AM - Rehan: The credit line is also available
2/25/19, 8:47 AM - Rehan: Should we do a call today ?
2/25/19, 8:56 AM - Giuseppe Ha fr: Dear Rehan.  Yes please.  Let s talk later in
the day.
I will call you at 4 pm ET if it works for you ?  Best.    Beppe
2/25/19, 8:57 AM - Rehan: Yes will work
2/25/19, 8:57 AM - Rehan: But for pictet may be late
2/25/19, 8:57 AM - Rehan: Lets us discuss first then we talk to them
2/25/19, 8:58 AM - Rehan: Thank you hope all well
2/25/19, 3:57 PM - Rehan: Running 15 mins late
2/25/19, 4:00 PM - Giuseppe Ha fr: Me too.  Sorry still dinner
Can I call you when finished in 2 h.  ? Sorry
Best.   Giuseppe
2/25/19, 4:06 PM - Rehan: No worries , will be late for you
2/25/19, 4:06 PM - Rehan: Tomorrow is ok for me
2/26/19, 9:54 AM - Rehan: Please call
2/26/19, 10:26 AM - Rehan: Pls call
2/26/19, 10:27 AM - Rehan: Looks like I will be on the hook personally for loan
2/26/19, 10:27 AM - Rehan: Right now cash is zero and I am at negative 890k for the
$2mm wired to you
2/26/19, 10:27 AM - Rehan: Pictet cannot loan the money back over to your account
2/26/19, 2:32 PM - Rehan: Dear Giuseppe, I sold about $900k of equity and
commodities to cover the $890k net loan on my side to avoid margin calls in case
the market declines
2/27/19, 8:32 AM - Rehan: If I can even get $1MM back will be good to cover
expenses next few months , safe travels
4/7/19, 8:07 PM - Rehan: DOC-20190407-WA0012.pdf (file attached)
7093150
4/7/19, 8:07 PM - Rehan: Please find complete view on Emerging Markets
4/15/19, 8:44 AM - Rehan:
http://webtv.un.org/search/xix-infopoverty-world-conference-opening-session-first-s
ession-and-second-session/6025788683001/?term=Infopoverty&sort=date#t=1h8m45s
4/15/19, 8:44 AM - Rehan: Please find 15 min UN speech above
6/1/19, 12:03 AM - Rehan: Closed 2 $2bb commitments in Asia

6/1/19, 2:20 AM - Giuseppe Ha fr: Congratulation you have done a fantastic work.
Hope to meet soon.  Best
Beppe
6/1/19, 5:30 AM - Rehan: Thank you, see soon
6/1/19, 5:31 AM - Rehan: How is the bond issuance coming along?
6/1/19, 6:01 AM - Giuseppe Ha fr: I am ready to go but I believe Hamid wants
strategic investors to make it even a bigger success
6/1/19, 6:06 AM - Rehan: 🙏🙏🙏thank you , will be amazing
10/5/19, 12:40 PM - Rehan: Dear Giuseppe, hope all is well
10/5/19, 12:40 PM - Rehan: Are you here in LA at Xprize?
10/5/19, 1:53 PM - Giuseppe Ha fr: Yessss😂😂😂
10/5/19, 2:07 PM - Rehan: Let's meet 😊
10/5/19, 2:36 PM - Giuseppe Ha fr: Yesss