# Exhibit "G"

1/7/19, 11:09 AM - Messages to this group are now secured with end-to-end encryption. Tap for more info.
1/7/19, 11:09 AM - You created group "Giuseppe Hamid Rehan"
1/7/19, 11:09 AM - Rehan: Dear Guiseppe,
1/7/19, 11:09 AM - You changed the subject from "Giuseppe Hamid Rehan" to "Guiseppe Hamid Rehan"
1/7/19, 11:10 AM - Rehan: pls print fill and sign materials, 2 copies pictet and fedex to me
1/7/19, 11:10 AM - Rehan: Please send LOC agreement you and Hamid to me
1/7/19, 11:10 AM - Rehan: maybe 3 copies best of all
1/7/19, 11:10 AM - Rehan: so pictet has one as well as you and I
1/10/19, 8:31 AM - Rehan: dear Giuseppe will call in 30 mins
1/10/19, 8:44 AM - You changed the subject from "Guiseppe Hamid Rehan" to "Giuseppe Hamid Rehan"
1/10/19, 8:47 AM - Rehan: pls call anytime
1/10/19, 8:47 AM - Rehan: pls also check my email repsonse, slightly different then what we spoke of as well as texts above
1/10/19, 9:21 AM - Giuseppe Ha fr: Hi Rehan.  Now I am available any time. Thanks.   Beppe
1/10/19, 9:31 AM - Rehan: You deleted this message
1/10/19, 9:31 AM - Rehan: calling now
1/10/19, 9:42 AM - Rehan: I will not get a loan from pictet, will await your repayment. Much appreciated
1/10/19, 9:51 AM - Rehan: please confirm the followimg attached, had slight printing issues
1/10/19, 9:51 AM - Rehan: You deleted this message
1/10/19, 9:52 AM - Rehan: IMG-20190110-WA0002.jpg (file attached)
1/10/19, 9:53 AM - Rehan: as soon as you confirm, I will send to pictet
1/10/19, 9:53 AM - Rehan: and they will execute, albeit it takes them 48 hours to redeem a money markey account
1/10/19, 10:17 AM - Rehan: wire in process , sent to pictet
1/10/19, 10:17 AM - Rehan: pls confirm above
2/8/19, 7:24 PM - Rehan: Dear Hamid, Giuseppe is arriving monday evening in nyc
2/8/19, 7:24 PM - Rehan: Snow expected tues
2/8/19, 7:25 PM - Rehan: You deleted this message
2/8/19, 7:25 PM - Rehan: I should be able to take train unless conditioms deterioriate
2/8/19, 7:26 PM - Rehan: Wednesday we are confirmed
2/8/19, 7:26 PM - Rehan: Giuseppe returns wed evening to europe
2/9/19, 1:43 AM - Hamid Ansari: Thanks Rehan - I'll plan to arrive in NYC on Mon as well until Wed/Th... lots to catch up.
2/11/19, 12:53 PM - Rehan: Hope all well and safe travels
2/11/19, 12:53 PM - Rehan: What time to both of you land tonight and where will you stay
2/11/19, 2:24 PM - Hamid Ansari: Greetings from 40k ft,
JFK ETA 17::30  and will be staying at the usual place  (Ritz Carlton Central Park)... I believe Beppe is arriving later this evening.

How is our calendar look like for Wednesday?

Btw I'll email the asset list later this evening when I get to my computer.

Also FYI -
Evercore team is confirmed for 18:30 meeting @ Ritz
Also Jay Patel is coming see me for dinner @ 19:30

I'll call you on my way to city.
2/11/19, 2:34 PM - Rehan: For wednesday we have guiseppe 1pm
2/11/19, 2:34 PM - Rehan: 430pm we have peter jun
2/11/19, 2:35 PM - Rehan: 530pm we have darshan and anurag
2/11/19, 2:35 PM - Rehan: The evercore and jay meeting is tues or wed ?
2/11/19, 2:37 PM - Rehan: For tues I will try to come in by train, it will likely be ok versus road
2/11/19, 2:40 PM - Hamid Ansari: Evercore & Jay coming to Ritz for mtg this evening as not available later in the week.
2/11/19, 2:43 PM - Rehan: Would you like me to come in this evening ?
2/11/19, 2:46 PM - Hamid Ansari: Always great to have you however, if it's not efficient use of time for you I can manage both of them for tonight and arrange for follow ups next week.
2/11/19, 2:48 PM - Rehan: On wed 11am we also have a family office manager who has a proposal for us
2/11/19, 2:48 PM - Rehan: And noon lunch with european CBD producer
2/11/19, 2:50 PM - Hamid Ansari: Super -
Ready to rock & roll
2/11/19, 3:19 PM - Rehan: Dear Hamid, I have a dental cleaning half way to the city.  After that I will come straight to the Ritz and wait for you there.
2/11/19, 3:20 PM - Hamid Ansari: Super -
Look forward to seeing you when I get there
2/11/19, 3:20 PM - Rehan: If its ok lets spend the evening together, in case the weather is too bad tomorrow
2/11/19, 3:20 PM - Rehan: Thanks ☺
2/11/19, 3:21 PM - Rehan: See soon with a whiter smile
2/11/19, 3:21 PM - Hamid Ansari: Sure -
2/11/19, 4:56 PM - Rehan: You deleted this message
2/11/19, 4:56 PM - Rehan: On way to nyc, see at ritz 630pm et
2/11/19, 5:40 PM - Rehan: The british ambassador also has invited us as well to the consulate tonight
2/11/19, 9:42 PM - Rehan: Dear Giuseppe did you arrive in nyc safely ?
2/12/19, 6:38 AM - Giuseppe Ha fr: Dear All.  Arrived.  Thanks.
I will contact both later.
Best.    Beppe
2/12/19, 8:50 AM - Rehan: Pls come 40 east 52nd st, 15th Floor, Madison Marquette at 10am
2/12/19, 8:52 AM - Giuseppe Ha fr: Perfect.  Thanks. Best
2/12/19, 8:58 AM - Rehan: Thank you, glad you made it safely
2/12/19, 9:54 AM - Hamid Ansari: Good morning Gentlemen,
 Happy to start earlier if you want?   I can be there at 9:30am
2/12/19, 9:58 AM - Rehan: At the gym ☺
2/12/19, 9:58 AM - Rehan: Should be over by 945am
2/12/19, 10:19 AM - Rehan: Should i grab breakfast on way in?

2/12/19, 10:30 AM - Hamid Ansari: Thanks had breakfast already. Beppe is with me now and we will be there by 10am
2/12/19, 10:34 AM - Rehan: Ok, i am at the office
2/13/19, 1:43 PM - Giuseppe Ha fr: Dear All.  I will call you later    Still blocked in NJ
Thanks and sorry.  Beppe
2/13/19, 1:49 PM - Rehan: Thank you
2/13/19, 1:49 PM - Rehan: When will you arrive at the nyc office
2/13/19, 2:35 PM - Giuseppe Ha fr: I try to come in the pm.   Call you later
2/13/19, 7:37 PM - Rehan: Dear Giuseppe, may be in the city tomorrow afternoon if you are still here, or we can speak tonight before or after Hamids flight
2/13/19, 8:20 PM - Rehan: You deleted this message
2/13/19, 8:20 PM - Rehan: You deleted this message
2/13/19, 8:21 PM - Rehan: You deleted this message
2/28/19, 12:36 PM - Rehan: <Media omitted>
2/28/19, 12:36 PM - Rehan: Hope to see you tomorrow
2/28/19, 12:36 PM - Rehan: What hotel are you staying at?
2/28/19, 12:36 PM - Rehan: George and I will come
2/28/19, 1:48 PM - Rehan: <Media omitted>
2/28/19, 1:48 PM - Rehan: Arriving 1050am gmt to london
2/28/19, 1:48 PM - Rehan: Hotels getting booked now
2/28/19, 2:42 PM - Rehan: We will stay at Grovsnor with Hamid
2/28/19, 2:43 PM - Rehan: On way to JFK, see soon
2/28/19, 2:48 PM - Hamid Ansari: Safe travels and get some rest when you arrive in the hotel... I should be done with my last meeting on Friday around 5pm.
2/28/19, 3:19 PM - Giuseppe Ha fr: Great.  Safe trip.  Best.   Beppe
2/28/19, 3:22 PM - Rehan: Thank you, see soon
7/6/19, 11:46 AM - Rehan: Dear Giuseppe I hope all is well
7/6/19, 11:46 AM - Rehan: When do you anticipate that you can raise money into the bonds?
7/6/19, 11:47 AM - Rehan: We have a soft commitment from KIA to match what we raise.
10/5/19, 2:48 PM - Rehan: Meet at 330 today in front of main venue paramount theater entrance ?
12/7/19, 9:35 PM - Rehan: Dear Giuseppe,  hope all is well
12/7/19, 9:37 PM - Rehan: Hamid had mentioned that he will inform you to repay my $2mm that was agreed to pay to back to me Feb. The wiring instructions were sent to you on Tuesday and I reached out to you but you have not responded
12/7/19, 9:38 PM - Rehan: Our entire team is working around the clock to make it happen, however my capital is required
12/7/19, 9:38 PM - Rehan: Please indicate when you will wire the money as it now an urgent matter
12/7/19, 9:40 PM - Rehan: Please do the above with proper consideration and expediency
12/7/19, 9:40 PM - Rehan: Hamid is a shareholder in this venture and over 12 people are working on this and this is to close a $2bb deal
12/7/19, 9:41 PM - Rehan: If i dont launch jan1 it was be an embarrassment and effect a 15 year relariorship
12/7/19, 9:42 PM - Rehan: Thank you 🙏
12/24/19, 1:47 PM - Giuseppe Ha fr: Merry Christmas 🎄 to all your Familly.  And

talk soon.  Best.  Giuseppe
12/24/19, 2:00 PM - Rehan: Thank you best regards love Blessings to family 😇
3/18/20, 7:23 AM - Rehan: Dear Giuseppe. I hope you and your family are safe
3/18/20, 7:24 AM - Rehan: Hamid informed me that next week the $2mm will be repaid
3/18/20, 7:24 AM - Rehan: May I connect you with Pictet so they can give you wiring instructions ?
3/18/20, 7:25 AM - Rehan: The principal should go back to my children's  swiss trust account
3/18/20, 7:25 AM - Rehan: The income, please send to my USA corporate account
3/18/20, 7:25 AM - Rehan: Thank you
3/18/20, 4:47 PM - Giuseppe Ha fr: Dear Rehan.  Hope you and Family ok.  Of course I will.   Slll the best.   Giuseppe
3/18/20, 4:48 PM - Rehan: Glad you are ok 😊
3/18/20, 4:48 PM - Rehan: Thank you will connect you with Pictet and PeoplesUnited
3/20/20, 2:01 PM - Rehan: Dear Giuseppe, I am making financial investments due next week on anticipation that you will wire my capital back
3/20/20, 2:02 PM - Rehan: I hope your family is well
3/20/20, 2:02 PM - Rehan: You have yet to request wiring instructions
3/20/20, 2:03 PM - Rehan: Please remember you are both older than I far wealthier than I, and both of you gave me your word that this was a one month process and not annual in nature
3/20/20, 2:04 PM - Rehan: Grateful you can fulfill your word and trust with me next week 🙏🙏🙏
3/20/20, 2:04 PM - Rehan: Please request proper operational items in a timely manner
3/20/20, 2:04 PM - Rehan: Kind regards Rehan
3/21/20, 10:04 AM - Rehan: Dear Giuseppe and Hamid, if there is no intention to pay me this week pls tell me
3/21/20, 10:05 AM - Rehan: I will inform my fund where I have a capital call I am unable to live to my obligations
3/21/20, 10:05 AM - Rehan: My cash reserves are gone
3/21/20, 10:05 AM - Rehan: Please have some empathy ethics and humanity in your dealings with me🙏
3/21/20, 10:25 AM - Rehan: I will need cash soon as I need to pay daily Bills
3/21/20, 3:29 PM - Hamid Ansari: <Media omitted>
3/21/20, 3:30 PM - Rehan: 🎤 what is she singing ?
4/12/20, 8:21 AM - Rehan: Dear Hamid and Giuseppe
4/12/20, 8:21 AM - Rehan: I hope you and your families are well
4/12/20, 8:21 AM - Rehan: Please provide a concrete road map to repayment of capital that was never have supposed to been taken from the account
4/12/20, 8:22 AM - Rehan: With the collapse in assets globally, I wish to deploy it and earn money for my family, and you are well aware of how vulnerable my children and I was prior to the agreement
4/12/20, 8:22 AM - Rehan: You have both made personal and company gauruntees
4/12/20, 8:23 AM - Rehan: As a matter of your honor and older far wealthier business men
4/12/20, 8:23 AM - Rehan: I expect you to adhere to your word which to date you have not
4/12/20, 8:23 AM - Rehan: Please do not be silent and provide a plan and execute the plan

4/12/20, 8:24 AM - Rehan: It is $2mm which is de minimus to you but significant for me
4/12/20, 8:24 AM - Rehan: Please 🙏🙏🙏
4/12/20, 8:24 AM - Rehan: Its demeaning for me to beg for capital back and to beg for even communication
4/12/20, 8:24 AM - Rehan: But I am
4/12/20, 8:24 AM - Rehan: As I have no choice
4/12/20, 8:25 AM - Rehan: If you have ever had mercy for anyone would request you please have for me and do what's right
4/12/20, 8:25 AM - Rehan: Please 🙏🙏🙏
4/12/20, 8:25 AM - Rehan: Humbly yours rehan
4/12/20, 8:48 AM - Rehan: May you have a blessed and merciful easter
4/13/20, 12:07 AM - Hamid Ansari: Thank you for your note dear Rehan and greatly appreciate your understanding and extreme patience...  Rest assured your money will be returned along with promised upside.... all the delays around this transaction has been unexpected with the latest one being COVID19...
After my return from London in March I'll be able to speak with Beppe on Tuesday and will call you right after....  As ever, Hamid
4/13/20, 6:52 AM - Rehan: Thank you very much
4/13/20, 6:53 AM - Rehan: Please understand that the promised upside was for one month
4/13/20, 6:53 AM - Rehan: It has now been over a year
4/13/20, 6:54 AM - Rehan: The return should be adjusted by what you and Giuesppe think is fair , much appreciated
4/13/20, 6:55 AM - Rehan: Additionally this was as discussed purely a personal short term collateralization back by you personally and by Methods assets
4/13/20, 6:56 AM - Rehan: Its was not premised on any transaction occurring and it was solely for a month without the capital going out of my account
4/13/20, 6:56 AM - Rehan: But now it has been 1) 14 months
4/13/20, 6:57 AM - Rehan: 2) has not been backed properly and paid by your personal and or Methods assets
4/13/20, 6:57 AM - Rehan: 3) you have linked it to the transaction which is not as was orally agreed or in writing
4/13/20, 6:58 AM - Rehan: Given you have cash reserves you have mentioned of $300mm and you told me Giuseppe Method has capital of $100mm
4/13/20, 6:58 AM - Rehan: Doing the above as you have done confuses me
4/13/20, 6:59 AM - Rehan: Both of you , I dont know why you are doing this as both are like older brothers
4/13/20, 7:00 AM - Rehan: You should adhere to repayment from your personal assets and or method as you promised in writing and orally
4/13/20, 7:00 AM - Rehan: I would never do this to anyone as you have done to me
4/13/20, 7:23 AM - Rehan: As the paper work and your word is based on 1 month back by your assets and Method,  which are not subject to covid19 restrictions , I expect at a minimum  you and or Giuseppe wire the capital back to me
4/13/20, 7:25 AM - Rehan: This week, it can easily be done by either of you via wire instructions
4/13/20, 7:25 AM - Rehan: I am connecting with by email to Pictet
4/13/20, 7:25 AM - Rehan: The profit you wish, although I would not have done this, you can link to the transaction
4/13/20, 7:26 AM - Rehan: But ar a minimum please adhere to your word and written

agreement and send the capital base back immediately
4/15/20, 11:16 AM - Rehan: Dear Giuseppe and Hamid , did you connect yesterday?
4/15/20, 11:45 AM - Rehan: IMG-20200415-WA0014.jpg (file attached)
4/15/20, 11:46 AM - Rehan: Please wire profit to peak xv acct
4/15/20, 11:47 AM - Rehan: And $2mm loan principal to swiss acct Beat sent you
4/15/20, 11:47 AM - Rehan: Thank for your expediency and end to these constant and unnecessary delays
4/16/20, 12:23 AM - Hamid Ansari: Thank you for the information Rehan.  I'll revert back with specific plan of action as soon as I connect with Beppe hopefully before end of week. As ever, Hamid
4/16/20, 6:01 AM - Rehan: Thank you 🙏🙏😊
4/22/20, 4:03 AM - Rehan: Dear Giuseppe and Hamid, did you have a chance to connect as promised last week and proceed with prompt repayment ?  May we speak all 3 of us
4/22/20, 4:03 AM - Rehan: Kindest regards Rehan
4/27/20, 10:54 PM - Rehan: Dear Giueseppe and Hamid
4/27/20, 10:55 PM - Rehan: It is now over 60 weeks
4/27/20, 10:56 PM - Rehan: Please adhere to your word and the commitment of your personal and corporate assets
4/27/20, 10:56 PM - Rehan: Kindly request you as you have promised to return the monies month after month 🙏
4/27/20, 10:57 PM - Rehan: And promised many things over and over
4/27/20, 10:59 PM - Rehan: Please show some mercy and kindness for the 2 years I worked for you and paid all the Bill's, including Ken's salary and expenses while you gave capital owed to me to related persons while saying you are financially distressed
4/27/20, 10:59 PM - Rehan: Please I ask you repay me and we stay friends
4/27/20, 10:59 PM - Rehan: Kindest regards Rehan