# Exhibit "H"



Anton Kaminsky <akaminsky@bochettoandlentz.com>

## Fwd: Prodea Shareholders Update - September 25, 2019

**Rehan Chaudri** <rehan@financier.com>  Mon, Jul 6, 2020 at 3:06 PM
To: akaminsky@bochettoandlentz.com

> On 10/6/19, 11:25 AM Hamid Ansari <hamid@prodea.com> wrote:
>
> FYI - below shareholder notice was sent last week and hoping to close sooner than later....
>
> ---
>
> **From:** Hamid Ansari <hamid@prodea.com>
> **Sent:** Wednesday, September 25, 2019 9:11 PM
> **To:** Hamid Ansari
> **Cc:** jcincotta@scurapartners.com
> **Subject:** Shareholders Update - September 25, 2019
>
> **STRICTLY CONFIDENTIAL & PRIVILEGED COMMUNICATIONS**
>
> Dear Shareholders,
>
> Thank you for your patience as we work through the process. The finalization of the deal structure with "NewCo" has been more complex and time consuming than originally anticipated, however we have made steady progress and I wanted to provide you with an update on next steps. In the next several weeks, we will be supporting the legal teams for both Prodea and NewCo to complete the following:
>
> - Finalizing of the transaction documentation
> - Board approval of the proposed transaction
> - Distribution of the Prodea Preferred Stockholder Consent and related materials, seeking approval for the transaction
> - Distribution of consents to various Prodea debtholders, seeking agreement to exchange their debt
>
> While we cannot ensure there will be no further delays, we expect the transaction to close within 60 days of receipt of allrequired approvals. As always, please feel free to reach out to myself or Jerry Cincotta (copied) at Scura Partners, should you have any questions.
>
> Sincerely,
>
> Hamid Ansari
>
> Co-Founder & CEO

This message is confidential to Prodea unless otherwise indicated or apparent from its nature. This message is directed to the intended recipient only, who may be readily determined by the sender of this message and its contents. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient:(a)any dissemination or copying of this message is strictly prohibited; and(b)immediately notify the sender by return message and destroy any copies of this message in any form(electronic, paper or otherwise) that you have.The delivery of this message and its information is neither intended to be nor constitutes a disclosure or waiver of any trade secrets, intellectual property, attorney work product, or attorney-client communications. The authority of the individual sending this message to legally bind Prodea is neither apparent nor implied,and must be independently verified.