# Exhibit "J"

**true friend 한국투자 증권**

| 88, Uisadang-daero, Yeongdeungpo-gu, Seoul, 07321, Republic of Korea |
| --- |
| 전 화: 82-2-3276-6564 / F A X : 82-2-3276-6878 / 문의안내 : 부동산투자부 이동욱[대리] |

| | | |
|---|---|---|
| 문서번호 | 한국투자증권-2020-1277 | |
| 발신일자 | 2020-03-03 | |
| 수   신 | NASHVILLE S.A.R.L. / Mr. Franceso Rocco Vincenti (Sole manager) | |
| 참   조 | A&P Partners LLC / Mr. Hyun Soo Kim (CEO) | |
| 제   목 | Letter ("Letter") for Debt Financing of the Nashville S.A.R.L. ("Nashville") acquisition of Xperi Corporation ("XPER") | |

Dear Mr. Vincenti,

Korea Investment & Securities Co., Ltd. ("KIS") provides financial services to institutional and individual investors primarily in South Korea and internationally. The company offers brokerage for domestic stocks and futures/options to foreign institutional and individual investors, as well as brokerage services for Korean investors to invest overseas, including overseas stocks and bonds. It also provides institutional services comprising international business, fixed-income, initial public offerings, M&A and international banking, OTC derivatives, projects and structured finance, and retirement pension; private banking services; and onshore fund products that invest in Korea and overseas securities markets.
The company was formerly known as Korea Investment Trust Management & Securities Co.,Ltd. and changed its name to Korea Investment & Securities Co., Ltd. in June 2003.
Korea Investment & Securities Co., Ltd. was founded in 1974 and is based in Seoul, South Korea. Korea Investment & Securities Co.,Ltd. operates as a subsidiary of Korea Investment Holdings Co.,Ltd and it's AUM is USD $39Billion.

We, Korea Investment Securities Co., Ltd., organized under the laws of the Republic of Korea with its principal office at 88, Uisadang-daero, Yeongdeungpo-gu, Seoul, 07321, Republic of Korea, are pleased to express our interest to lend up to EUR 1,200,000,000 in connection with Nashville's acquisition of 100% of the common stock of XPERI through a fund that will be established under the Financial Investment Services and Capital Markets Act of Korea.

This Letter is valid until September 1, 2020. Nothing in this Letter shall be deemed to create a partnership or any contractual relationship between KIS or the Fund and any other party, or authorize any party to act as the agent of KIS or the Fund, or KIS or the Fund to any other party. The content of this Letter is strictly confidential and may not be disclosed to any third party without the prior written consent of KIS or the fund.

We are very pleased to submit this Letter to you and look forward to working with your esteemed company for the successful closing of the proposed transaction.

The Letter is subject to confirmatory due diligence and execution of binding Purchase Agreement between Nashville S.A.R.L and Xperi Corporation.

The investment proposal mentioned in this letter is subject to the approval of Korea Investment & Securities Co.,Ltd.'s internal Investment Committee

Yours sincerely,

_____
Tae Wook Cheon
Managing Director of Project Finance 2 Division
Korea Investment & Securities Co., Ltd.