# Exhibit "K"



# glassdoor

Sign In

Prodea Systems Reviews

| Prodea Systems | Companies | Location | Search |



# Prodea Systems

| 39 Overview ⌄ | -- Reviews | 43 Jobs | 2 Salaries | 13 Interviews | -- Benefits | Photos |

## Prodea Systems Reviews

Updated May 11, 2020

Search job titles     Filter

**COVID-19**
You can now sort to see COVID-19 related reviews first.  ✕

**36 English** reviews out of **39**

### 2.7 ⌄



28% Recommend to a Friend     51% Approve of CEO     Anousheh Ansari — 18 Ratings

Your trust is our top concern, so companies can't alter or remove reviews.

February 28, 2017     Helpful (12)



## "Change the world!"

**5.0**

Current Employee - Anonymous Employee in Richardson, TX

> Recommends
> Positive Outlook
> Approves of CEO

I have been working at Prodea Systems full-time for more than a year

### Pros

The Prodea team is working to change the world. That is what all the employees believe and work towards. The management team are pioneers in technology and they

### Cons

There have been financial struggles but honestly when joining the company I was ready for that risk. Employees are also investors in the company. With that said - we

Continue reading

Helpful (12)

May 11, 2020 | Helpful (2)



## "What can I say...."

**1.0**

Former Employee - Software Engineer

> Doesn't Recommend
> Negative Outlook
> Disapproves of CEO

I worked at Prodea Systems full-time

### Pros

Flexible hours and great people

### Cons

The company stopped paying employees.

Helpful (2)

### Join the Prodea Systems team

See Our Latest Jobs

December 10, 2018     Helpful (13)



## "Legally Stealing"

**1.0**

Engineer in Plano, TX

    Doesn't Recommend
    Negative Outlook
    Disapproves of CEO

I worked at Prodea Systems for more than 3 years

**Pros**
They have patents. Apparently patent trolling is a business model.

**Cons**
They have not paid employees for over 11 months and they are trying to legally steal from past employees. I filed with the Texas Workforce Commission for back wages for the entire year. Their HR Department responded to TWC with a letter asking that they only have to pay for the past 180 days from the date that the paperwork was filed. I worked for 9 months this year (Jan-Sept) but did not file for back pay until 2 months after I left the company (That is when they stopped giving me updates and responding to my emails). They are trying to exploit a law to not pay former employees for all of their time and hard work. All of the mental anguish of wondering if we would be able to pay bills and make the mortgage, all of the missed/late HSA contributions for our health care, and all of the late fees from missed/late 401k contributions (because I took out a loan at their suggestion to pay my bills while they missed pay check after paycheck), and now they want to steal the money that former employees have worked for. It is absolutely crazy!

**Advice to Management**
Give up. You got lucky once. Pay your former employees all the money that you owe them.

Helpful (13)

November 30, 2018     Helpful (13)



## "Sad"

**1.0**

Former Employee - Investor in Winston-Salem, NC

- Doesn't Recommend
- Negative Outlook
- Disapproves of CEO

I worked at Prodea Systems full-time

**Pros**
It was once made of very smart, hard working, motivated people which developed great technology ahead of its time.

**Cons**
Everything that was good about the company does not exist any more. It is a shell. The company is dead. Owners just refuse to accept it because they think they are too awesome. They keep saying failure is not an option, but in this case its real. They have mismanaged the direction of the company. They have treated their employees very badly. They consistently lie to investors, customers, and themselves.

**Advice to Management**
Look at yourself. If you like what you see, remember that you are lying to your self about all. You stole money from all employees and convinced yourself it was for their own good. Where does that put you in God's eyes? Things come around sooner or later. You hurt many people badly because your ego is greater than your morals. How many millions do you owe people that worked for you? The only way now to get money back is to tell bigger lie to more people. great sad plan.

Helpful (13)

---

November 14, 2018                                                                                                  Helpful (4)



## "Imploding, Chairwoman smart to leave CEO role"

**1.0**

Former Employee - Engineer

- Doesn't Recommend
- Negative Outlook

I worked at Prodea Systems full-time

**Pros**

provided an adrenalin rush to guess if/when payroll will occur

**Cons**

unpaid wages for several months

management claims that wages will be paid when an investor provides funds

numerous California former employees are seeking remedy via CA Labor board

**Advice to Management**

Liquidate the company

Is it normal business practice to not pay employees without consent?

why the change in name from Prodea Systems to Prodea?

Helpful (4)

October 16, 2018                                                                                                   Helpful (16)



### "Prodea is Dead - dont fall for thier fancy talking"

1.0

Former Employee - Senior Engineer in San Mateo, CA

Doesn't Recommend
Negative Outlook
Disapproves of CEO

I worked at Prodea Systems full-time for more than a year

**Pros**
At one point there was a lot of promise and I was glad to be part of the Prodea team. Looking forward to the challenge of taking on the big IOT companies like AWS.

There are no Pros anymore as the business model has failed. (companies like Google and Amazon pay companies for what prodea is charging for.

**Cons**
Not paying employees, some are 4 paychecks behind.

They messed up benefits and 401k contributions

They are not showing up for hearings with the California labor board about wage dispute.

Got locked out of San Mateo office due to lack of payment.

Lied about the status of funding.

**Advice to Management**
Pay your employees and shut Prodea done. They company is already dead why prop up a skeleton?

I understand you might loose some face but why not put your energy into a new idea?

Helpful (16)

---

January 5, 2018     Helpful (17)



### "Promises not kept, falling apart"

1.0

Former Employee - Anonymous Employee

    Doesn't Recommend
    Negative Outlook
    Disapproves of CEO

I worked at Prodea Systems full-time

**Pros**

Pros - Non anymore - sad to say

**Cons**

- owes people money - have not made a on time payroll in years. Collection agencies in trying to get their cut. - would not put a dime into the company.
Very little staff to keep lights on.

Helpful (17)

---

September 23, 2017     Helpful (23)



### "Arrayent Employees - Beware!"

1.0

Former Employee - Anonymous Employee

    Doesn't Recommend
    Negative Outlook
    Disapproves of CEO

I worked at Prodea Systems full-time

**Pros**

You get to maintain old technology. Most everyone is great to work with on a technical level.

**Cons**

Take heed of Prodea and CEO Anousheh Ansari!

Prodea (with Anousheh as CEO) has violated the Texas Labor Code because they did not pay many of their employees. The Texas Workforce Commission enforces the labor laws in Texas and can also seek additional monetary penalties when employers act in bad faith.

As of this writing, Prodea still owes large sums of money (from 2016) to ex-employees although they admit the money is owed to them. They just want to pay the ex-employees when it is convenient for Prodea.

**Advice to Management**
Since you are new to the company, Arrayent employees should ask Anousheh about this. Also, the Prodea employees have many stories to tell.

Helpful (23)

July 19, 2017                                                                 Helpful (30)



### "Many unpaid former employees"

2.0

Former Employee - Anonymous Employee

Doesn't Recommend
Negative Outlook
No opinion of CEO

I worked at Prodea Systems full-time

**Pros**
There were a lot of good people there at one time. There are still a few left. The company was once ahead of the game in IOT until it lost its way.

**Cons**
This company owes large sums of money to a big number of people who used to work there.

Ex employees were given promises that they would be paid as soon as funding came in, and they would be paid back wages at the same time as the current employees.

Because the ex employees have been trying not to hurt the company, they have been relatively quiet so far.

I and others gave Prodea the benefit of the doubt that the company would keep its promises of

fairness. That thought process should be revisited. Silence isn't helping.

**Advice to Management**
Enjoy your back pay. Must be nice.

Helpful (30)

---

February 23, 2017     Helpful (7)

**"Cool Technology"**

**4.0**

Current Employee - Anonymous Employee

Approves of CEO

I have been working at Prodea Systems full-time

**Pros**
- flexible + relaxed work schedule/environment - work with lots of different technologies - working on good social causes, helping the less fortunate around the

**Cons**
- Needs more out of office activities - more communication between

Continue reading

Helpful (7)

---

    <    1    2    3    4    >

**36 English** reviews out of **39**

Reviews > Prodea Systems      </>Embed

Glassdoor has 39 Prodea Systems reviews submitted anonymously by Prodea Systems employees. Read employee reviews and ratings on Glassdoor to decide if Prodea Systems is right for you.

### Glassdoor

About / Press
Awards
Blog
Research
Guides

### Community

Help / Contact Us
Guidelines
Terms of Use
Privacy & Cookies (New)
Privacy Center
Do Not Sell
Cookie Consent Tool

### Employers

Get a Free Employer Account
Employer Center
Post a Job

### Work With Us

Job Boards
Advertisers
Developers
Careers

Download the App

    

United States

Browse by: Companies, Jobs, Locations

Copyright © 2008-2020, Glassdoor, Inc. "Glassdoor" and logo are registered trademarks of Glassdoor, Inc